IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRANSPORTATION COMPLIANCE, SERVICES OF MISSISSIPPI, LLC, *Plaintiff*, | § § § § | Civil Action No. 3:18-cv-1826-N |
| v. | § § | Jury Trial Demanded |
| SHARON FANCHER, *Defendant*. | § § § | |

## MOTION TO DISMISS

In accordance with FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Transportation Compliance, Services of Mississippi, LLC ("TCS") hereby moves to dismiss all claims brought by TCS without prejudice, with each party bearing its own expenses and costs of court, including attorney's fees.

Respectfully submitted,

 */s/ Elisavaeta Dolghih*
Elisaveta Dolghih
State Bar No. 24043355
Brent Sedge
State Bar No. 24082120
LEWIS BRISBOIS BISGAARD & SMITH, LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7108
Facsimile: (214) 722-7111
Leiza.Dolghih@lewisbrisbois.com
Brent.Sedge@lewisbrisbois.com

**ATTORNEYS FOR PLAINTIFF**

I certify that the foregoing document was served on all parties *via CM/ECF* and email on May 2, 2019.

 */s/ Elisaveta Dolghih*
Elisaveta Dolghih